UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> HUI WANG, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: SA 13-307M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the District of Oregon for allegedly violating the terms and conditions of her release pending execution of her sentence; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on strong ties to China, failure to report police contact in

April 2013 to pretrial services officer, noncompliance with mental health condition, information that she does not intend to report to prison on August 1 as ordered, impending prison sentence.

_____
_____
_____

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending sentencing.

Dated: 7/17/13

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE